

## RECONSIDERATION OF PRIOR DECISIONS

**2004–0214. Groob v. KeyBank.**
Hamilton App. No. C–020191, 155 Ohio App.3d 510, 2003-Ohio-6915. Reported at 108 Ohio St.3d 348, 2006-Ohio-1189, 843 N.E.2d 170. On motion for reconsideration. Motion denied.

FARMER, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

SHEILA G. FARMER, J., of the Fifth Appellate District, sitting for RESNICK, J.

**2004–2031. In re C.R.**
Cuyahoga App. No. 82891, 2004-Ohio-4465. Reported at 108 Ohio St.3d 369, 2006-Ohio-1191, 843 N.E.2d 1188. On motion for reconsideration and motion to strike motion for reconsideration. Motion for reconsideration denied.

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

Motion to strike denied as moot.

**2005–0103. Lorince v. Universal Underwriters.**
Cuyahoga App. No. 83711, 2004-Ohio-6287. Reported at 108 Ohio St.3d 1217, 2006-Ohio-1193, 843 N.E.2d 1212. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2005–1182. Disciplinary Counsel v. Wise.**
Board of Commissioners on Grievances and Discipline, No. 04–043. Reported at 108 Ohio St.3d 381, 2006-Ohio-1194, 843 N.E.2d 1198. On motion for reconsideration. Motion denied.

PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2005–2282. Stemple v. Dunina.**
Miami App. No. 04CA40, 2005-Ohio-5590. Reported at 108 Ohio St.3d 1510, 2006-Ohio-1329, 844 N.E.2d 855. On motion for reconsideration. Motion denied.

**2005–2307. State v. Cline.**
Champaign App. No. 2002–CA–5, 164 Ohio App.3d 228, 2005-Ohio-5779. Reported at 108 Ohio St.3d 1510, 2006–1329, 844 N.E.2d 855. On motion for reconsideration. Motion denied.

RESNICK and O'DONNELL, JJ., dissent.

**2005–2349. Natl. Lime & Stone Co. v. Blanchard Twp.**
Hardin App. No. 6–04–04, 2005-Ohio-5758. Reported at 108 Ohio St.3d 1511, 2006-Ohio-1329, 844 N.E.2d 856. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**2005–2363. Shay v. Shay.**
Fulton App. No. F–05–008, 2005-Ohio-5874. Reported at 108 Ohio St.3d 1511, 2006-Ohio-1329, 844 N.E.2d 856. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.